**Opinion filed July 11, 2013**



In The

# Eleventh Court of Appeals

_____

## No. 11-13-00003-CV

_____

## HANLON GAS PROCESSING, LTD., Appellant

## V.

## EASTLAND COUNTY WATER SUPPLY DISTRICT AND THE CITY OF EASTLAND, Appellees

### On Appeal from the 91st District Court

### Eastland County, Texas

### Trial Court Cause No. CV-12-42842

### M E M O R A N D U M   O P I N I O N

Appellant, Hanlon Gas Processing, Ltd., and Appellees, Eastland County Water Supply District and the City of Eastland, have filed a joint motion to dismiss this appeal pursuant to TEX. R. APP. P. 42.1(a)(2). In the motion, the parties state that they "have now reached a settlement, and finally resolved this matter." They

request this court to dismiss the appeal and order that each party bear its own costs. Therefore, in accordance with the parties' request, we dismiss this appeal.

The joint motion to dismiss is granted, and the appeal is dismissed. Each party is ordered to bear its own costs.

PER CURIAM

July 11, 2013

Panel consists of: McCall, J.,
Willson, J., and Hill.[1]

Wright, C.J., not participating.

---

[1] John G. Hill, Former Chief Justice, Court of Appeals, 2nd District of Texas at Fort Worth, sitting by assignment.